IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01121-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

DARRELL PHILLIPS,

 Plaintiff,

v.

INSTITUTION OF USP FLORENCE,
COZZA-RHODES, Warden,
A.W. KLEIN, and
ERWIN, Captain,

 Defendants.

---

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

 Plaintiff, Darrell Phillips, is in the custody of the Federal Bureau of Prisons at the United States Penitentiary (USP) in Florence, Colorado.  Mr. Phillips initiated this action on May 28, 2015, by filing a Letter (ECF No. 1) with the Court in which he complains that prison officials have violated his Eighth Amendment rights.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action at this time.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) __X__ is not submitted

(2)  ___  is not on correct form
(3)  ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___  is missing certificate showing current balance in prison account
(5)  ___  is missing required financial information
(6)  ___  is missing authorization to calculate and disburse filing fee payments
(7)  ___  is missing an original signature by the prisoner
(8)  ___  is not on proper form
(9)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_  other: Plaintiff may pay the $400 filing fee in full, in lieu of filing a § 1915 motion and affidavit.

**Complaint, Petition or Application**:
(11) _X_  is not submitted
(12) _X_  is not on proper form (Plaintiff must use the court-approved Prisoner Complaint form)
(13) ___  is missing an original signature by the prisoner
(14) ___  is missing page nos. ___
(15) ___  uses et al. instead of listing all parties in caption
(16) ___  names in caption do not match names in text
(17) ___  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___  other:

Accordingly, it is

**ORDERED** that if Plaintiff desires to proceed with this action at this time he shall cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

**FURTHER ORDERED** that Plaintiff shall obtain a copy of the court-approved forms for filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (revised 10/1/12) (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. Plaintiff must use the Court-approved forms in curing the

deficiencies.  Plaintiff may pay the $400.00 filing fee in lieu of filing a § 1915 motion and affidavit. It is

**FURTHER ORDERED** that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED June 2, 2015, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge